IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAVANI VENTURES, LLC, a Florida Limited
Liability Company, and J.R. Elias, individually,
and Plaintiff 3, a minor child by and through
J.R. Elias as next friend,**

        **Plaintiff(s),**

v.                                                                                    Case No. 3:20-cv-05911-RV-HTC

**SHIVANI MITU BHATIA,**

        **Defendant.**

_____/

## MOTION TO REMAND

COME NOW the Plaintiffs, JAVANI VENTURES, LLC, and J.R. ELIAS, and PLAINTIFF 3, and hereby file this Motion to Remand this matter back to the Circuit Court of the First Judicial Circuit in and for Walton County, Florida, because (1) damages do not exceed $75,000.00, and (2) the Complaint alleges that [a]ll of the facts and matters complained of herein involve" Defendant's conduct as owner of two active Florida limited liability companies. In support, Plaintiffs states as follows:

    I.      **Procedural Posture:**

        1.      On September 30, 2020, Plaintiffs properly commenced the State Court Action, which remains pending, in the Circuit Court of the First Judicial Circuit in and for Walton County, Florida. *See Notice of Removal,* at ¶1 (admitted).

        2.      On October 28, 2020, Defendant filed her timely Notice of Removal based on a claim of federal diversity jurisdiction.

3. Plaintiffs file this Motion To Remand in a timely manner, within 30 days of the Notice of Removal.

## II. Damages Do Not Exceed $75,000.00

4. For diversity jurisdiction to be available, not only must all adverse parties in the suit be completely diverse in regards to citizenship, but Defendant must also prove that there is at least $75,000.00 in controversy at the time the complaint is removed. *See Notice of Removal.*

5. Plaintiffs are the exclusive masters of their own claim, and hereby affirm and swear that all known damages in this action do not exceed $75,000.

6. In the State Court Action, Plaintiffs only allege damages in excess of the Florida circuit court jurisdictional requirement of $30,000.00.

7. At no point in the State Court Action do Plaintiffs allege damages in excess of $75,000.00.

8. Defendant fails to proffer any evidence that damages exceed $75,000.00.

9. The law demands remand based on these facts alone. In the absence of any evidence of damages in excess of $75,000.00, Defendant instead posits a speculative calculation requiring this Court to ignore Plaintiffs' own damage claim and either: (a) rewrite Plaintiffs' Complaint to actively merge the claims of three distinct plaintiffs, despite the case law *Defendant herself* cites soundly rejecting this very approach; or (b) unilaterally multiply Plaintiffs' damages by the number of their state-court causes of action, ignoring the customary practice of pleading causes in the alternative. Neither course of judicial intervention is necessary or proper, as the Court does not need to look any further than Plaintiffs' own assertion to determine whether they seek in excess of $75,000.00 in damages. As Defendant's own cited cases explain, it is a *plaintiff* who has the option

to voluntarily aggregate *its own* claims to assert diversity jurisdiction. *See Notice,* at ¶¶10-11. Plaintiffs here do not.

10. A plaintiff is the master of his own claim. *See e.g., Burns v. Windsor Ins. Co.,* 31 F.3d 1092, 1095 (11th Cir. 1994). "[F]or the purpose of establishing the amount in controversy, the sum claimed by the plaintiff controls if the claim is apparently made in good faith." *Golden v. Dodge-Markham Co., Inc.,* 1 F.Supp.1360, 1362 (M.D. Fla. 1998). Here, as Plaintiffs have only alleged a damage amount in excess of the Florida state court requirement, "the burden is on the defendant to prove by the preponderance of the evidence that the amount in controversy, exclusive of interests and costs, exceeds $75,000.00." *Id.* at 1363. Defendant has submitted no evidence of damages in excess of $75,000.00. Conclusory statements of counsel are not evidence.

11. Federal courts in Florida have narrowly construed uncertainties regarding removal in favor of remand. "The burden of establishing federal jurisdiction falls on the party attempting to remove a case from state court." *Golden,* at 1362. *See also, Tapscott v. MS Dealer Service Co.,* 77 F.3d 1353, 1356 (11th Cir. 1996), (abrogated on other grounds); *Calbalceta v. Standard Fruit Co.,* 883 F.2d 1553 (11th Cir. 1989); *Woods v. Firestone Tire & Rubber Co.,* 560 F.Supp. 588 (S.D. Fla. 1983) (the district court is required to resolve all doubts about federal jurisdiction in favor of remand). The court's removal jurisdiction must be strictly construed, and where "a plaintiff and defendant clash about jurisdiction, uncertainties are resolved in favor of remand." *Burns,* 31 F.3d at 1095 (*citing Boyer v. Snap On Tools Corp.,* 913 F.2d 108 (3rd Cir. 1990); and *Coker v. Amoco Oil Company,* 709 F.2d 1433 (11th Cir. 1983)).

### III. Despite Her Denials, Defendant is Indeed Managing Member of Two Active Florida Limited Liability Companies, including Plaintiff Javani Ventures, LLC.

12. In their State Court Complaint, Plaintiffs allege that Defendant Bhatia is a "founding member" of two active Florida limited liability companies, and that "all of the facts and

matters complained of herein involve Bhatia's conduct individually and **in her capacity as Member**" of the two Florida companies. *See Complaint,* attached to *Notice of Removal,* at ¶¶ 4-5 (emphasis added).

13.   In her Notice of Removal, Defendant denies any such involvement with a Florida LLC, swearing under "penalty of perjury" to have never "agreed" with or "authorized" Plaintiff Elias in relation to the opening of "**any** limited liability company." *See Notice of Removal, at Declaration of Shivani M. Bhatia* ¶¶3-4 (emphasis added).

14.   Defendant perjured herself in this Declaration.[1]

15.   Defendant Bhatia was intimately involved with, explicitly authorized, and discussed in writing with Plaintiff Elias, the creation of both Javani Ventures, LLC, and 120 Magnolia, LLC, just four months prior to making her false Declaration to this Court purporting to know nothing about her own Florida companies. *See* Exhibit 1, *Text Messages of Defendant Bhatia* (June 18, 2020).[2]

16.   In addition to corresponding about the creation of her two Florida companies, Defendant Bhatia personally paid the Florida Secretary of State limited liability company filing fees. *See* Exhibit 2, *Florida Department of State LLC Filing Receipt* (referencing Defendant's American Express card she used for payment).

17.   Further, Defendant Bhatia is and always has been the active owner ("managing member") of the two Florida companies she expressly discussed in the recent text messages attached as Exhibit 1, then falsely denied knowing anything about in her Declaration to this Court.

---

[1] Plaintiffs do not allege or suggest that counsel for Defendant was aware of Defendant's unfortunate false statements to this Court.

[2] The text messages in Exhibit 1 reflect that "Javani, LLC" was the original intended name of "Javani Ventures, LLC," which relates to the scrivener's error in the original case caption.

4

Defendant's ongoing active status as Managing Member of both companies continues to be publicly available on the Florida Department of State website, www.sunbiz.org (LLC filing nos. L20000169605, dated 06/18/2020, and L20000174612, dated 06/23/2020). Notably, the Florida Articles of Organization for 120 Magnolia, LLC, dated June 23, 2020, and attached hereto as Exhibit 3, were signed and filed by Defendant Bhatia herself.

WHEREFORE, as there is no federal diversity jurisdiction, the Plaintiffs respectfully ask this Court to remand this case back to the Circuit Court of the First Judicial Circuit in and for Walton County, Florida, and to grant Plaintiffs any other relief it deems just and proper.

      Respectfully Submitted,

_____
J.R. Elias
P.O. Box 4761
Santa Rosa Beach, FL 32459
Telephone: (850) 460.1700
Email: jelias@30Amediation.com
Plaintiff, individually and on behalf of Plaintiffs
Javani Ventures, LLC, and Plaintiff 3, a minor child

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2020, I mailed the foregoing to the Clerk of the United States District Court, Northern District Court (Pensacola Division), 1 North Palafox St., Pensacola, FL 32502, via the United States Postal Service, and emailed a copy of same to the following: Daniel E. Harrell, at dharrell@clarkpartington.com, Clark Partington, P.O. Box 13010, Pensacola, FL 32591-3010.

_____
J.R. Elias
P.O. Box 4761
Santa Rosa Beach, FL 32459
Telephone: (850) 460.1700
Email: jelias@30Amediation.com
Plaintiff, pro se

To: Shivani "Mitu" Bhatia    Details

6/18/20, 10:02 AM

Doing the Florida LLC with the AmEx. $160 total. Javani Ventures, LLC. (Javani LLC was taken).

Can we make it 120 magnolia LLC?

I could do another one

Sorry I thought u said you were cool with Javani. I had already clicked the button

You can usually change the name

Let me know and you can just have two Florida LLCs if you want

It's a small fee

Yes after it's processed that becomes possible

Ok so we can change it in a couple days

Whenever they send the confirmation that it's an existing LLC I'll act on that

Ok

We discussed that name for joint ventures. It's not a joint venture so I want it in a separate LLC.



EXHIBIT 2

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

**(Step 3 of 3) Thank you for your payment.**

**Please print this receipt and keep it for your records.**

| | |
|---|---|
| Tracking Number: | 200346540772 |
| Document Number: | NEW |
| Payment Amount: | $160.00 |
| Receipt Number: | 3783758363 |
| Transaction Date: | 06/18/2020 11:02 AM |
| Payment Type: | AMERICAN EXPRESS |
| Account Number: | *1006 |

EXHIBIT 2

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L20000174612
FILED 8:00 AM
June 23, 2020
Sec. Of State
wlawrence

### Article I

The name of the Limited Liability Company is:

120 MAGNOLIA LLC

### Article II

The street address of the principal office of the Limited Liability Company is:

120 MAGNOLIA
SANTA ROSA BEACH, FL. 32459

The mailing address of the Limited Liability Company is:

5490 MOUNT VERNON PARKWAY
ATLANTA, GA. UN 30327

### Article III

The name and Florida street address of the registered agent is:

SHIVANI M BHATIA
120 MAGNOLIA
SANTA ROSA BEACH, FL. 32459

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   SHIVANI M BHATIA

EXHIBIT 3

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L20000169605
FILED 8:00 AM
June 18, 2020
Sec. Of State
jafason

## Article I

The name of the Limited Liability Company is:

JAVANI VENTURES, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

120 MAGNOLIA ST.
SANTA ROSA BEACH, FL. 32459

The mailing address of the Limited Liability Company is:

120 MAGNOLIA ST.
SANTA ROSA BEACH, FL. US 32459

## Article III

Other provisions, if any:

THE PURPOSE OF JAVANI VENTURES, LLC, IS TO CONDUCT ANY LAWFUL PURPOSE UNDER FLORIDA LAW.

## Article IV

The name and Florida street address of the registered agent is:

JAY ELIAS
120 MAGNOLIA ST.
SANTA ROSA BEACH, FL. 32459

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: JASEN ELIAS

EXHIBIT 1

## Article V

The name and address of person(s) authorized to manage LLC:

L20000169605
FILED 8:00 AM
June 18, 2020
Sec. Of State
jafason

Title: MGR
SHIVANI M BHATIA
120 MAGNOLIA ST.
SANTA ROSA BEACH, FL. 32459 US

Title: MGR
JASEN R ELIAS
120 MAGNOLIA ST.
SANTA ROSA BEACH, FL. 32459 US

## Article VI

The effective date for this Limited Liability Company shall be:

06/16/2020

Signature of member or an authorized representative

Electronic Signature: JASEN ELIAS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

To: Shivani "Mitu" Bhatia  Details

6/18/20, 10:02 AM

> Doing the Florida LLC with the AmEx. $160 total. Javani Ventures, LLC. (Javani LLC was taken).

Can we make it 120 magnolia LLC?

> I could do another one

> Sorry I thought u said you were cool with Javani. I had already clicked the button

You can usually change the name

> Let me know and you can just have two Florida LLCs if you want

It's a small fee

> Yes after it's processed that becomes possible

Ok so we can change it in a couple days

> Whenever they send the confirmation that it's an existing LLC I'll act on that

Ok

We discussed that name for joint ventures. It's not a joint venture so I want it in a separate LLC.



EXHIBIT 2



CLERK,

ENCLOSED ARE TWO FILINGS WITH EXHIBITS.

THANK YOU,

J. R. ELIAS
850-460-1700
JELIAS@30AMEDIATION.COM
PRO SE PLAINTIFF

2300 Riverchase Center • Birmingham, AL 35244 • 888.246.8338
shop online at www.biohorizons.com

30A MEDIATION
174 WATERCOLOR WAY 103, SUITE 229
SANTA ROSA BEACH, FL 32459

Tulsa OK P&DC 741
MON 02 NOV 2020 PM

Clerk of Court
Northern District Ct. of Fla.
1 North Palafox St.
Pensacola FL 32502

FILINGS ENCLOSED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2020, I mailed the foregoing to the Clerk of the United States District Court, Northern District Court (Pensacola Division), 1 North Palafox St., Pensacola, FL 32502, via the United States Postal Service, and emailed a copy of same to the following: Daniel E. Harrell, at dharrell@clarkpartington.com, Clark Partington, P.O. Box 13010, Pensacola, FL 32591-3010.

J.R. Elias
P.O. Box 4761
Santa Rosa Beach, FL 32459
Telephone: (850) 460.1700
Email: jelias@30Amediation.com
Plaintiff, pro se