UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVANI, LLC, et al.,

    Plaintiffs,

v.                                           Case No. 3:20cv5911-RV-HTC

SHIVANI MITU BHATIA,

    Defendant.
_____/

## ORDER

Plaintiffs, Javani, LLC, identified as a Florida LLC, and individuals, J.R. Elias and Plaintiff 3, a minor child by and through J.R. Elias as next friend, all proceeding *pro se*, filed suit against Defendant Shivani Mitu Bhatia by initiating an action in the First Judicial Circuit of Florida, Walton County. Defendant removed the action to this Court based on diversity of jurisdiction. ECF Doc. 1. Plaintiffs have filed a motion to remand (ECF Doc. 4) and Defendant's time to file an opposition has not expired.[1] Plaintiffs have also filed a motion to correct scrivener's error, seeking to correct the name of the Plaintiff Javani, LLC to Javani Ventures, LLC. ECF Doc. 5.

---

[1] Defendant has also filed a Motion to Dismiss or for a More Definite Statement (ECF Doc. 4). However, the Court must resolve the question of whether it has jurisdiction prior to ruling on that motion.

As an initial matter, a corporation is an artificial entity that cannot *appear pro se* and must be represented by counsel.  *See e.g., Palazzolo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (stating that "a corporation is an artificial entity that ... cannot appear pro se, and must be represented by counsel").  While a "natural person may represent himself and present his own case to the court although he is not a licensed attorney," a "corporation is not a natural person." *Moorish Am. People of United States Republic v. Detzner*, No. 4:18CV545-WS/CAS, 2019 WL 587921, at *1 (N.D. Fla. Jan. 8, 2019), *report and recommendation adopted sub nom. Moorish Am. People of United States v. Detzner*, No. 4:18CV545-WS/CAS, 2019 WL 586751 (N.D. Fla. Feb. 13, 2019) (citing *Paradise v. Nowlin*, 86 Cal. App. 2d 897, 195 P.2d 867, 867 (1948) (citations omitted)).  Instead, a corporation "is an artificial entity created by law and as such it can neither practice law nor appear or act in person."  *Id.*  "A corporation cannot appear in court by an officer who is not an attorney and it cannot appear *in propria persona*." *Id.*

"The proposition that a corporation must be represented by an attorney also applies to limited liability companies."  *Souffrant v. Denhil Oil, LLC*, No. 10-80246, 2010 WL 1541192, at *1 (S.D. Fla. 2010) (citing *Stockwire Research Group, Inc. v. Lebed*, 577 F.Supp.2d 1262, 1264 (S.D. Fla. 2008) (stating that "the Court ordered Corporate Defendants Pigasa, Inc. and Lebed Biz, LLC to obtain

Case No. 3:20cv5911-RV-HTC

Case 3:20-cv-05911-RV-HTC   Document 7   Filed 11/12/20   Page 3 of 4

Page 3 of 4

substitute Counsel no later than March 10, 2008 or face potential default") (other citations omitted)); *Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) (noting "that limited liability companies, like corporations, 'may appear and be heard only through counsel.'") (citations omitted).

Thus, because Plaintiff Javani, LLC (or Javani Ventures, LLC) is an artificial entity, it cannot proceed in this case without representation by an attorney. The attorney must be admitted to the Bar of this District Court and a member in good standing of The Florida Bar. N.D. Fla. Loc. R. 11.1(A). Alternatively, an "attorney who is a member in good standing of the bar of a jurisdiction where the attorney resides or regularly practices law may file a motion in a case for leave to appear pro hac vice." N.D. Fla. Loc. R. 11.1(C).

Accordingly, it is ORDERED:

1. Plaintiff Javani, LLC (or Javani Ventures, LLC) has **twenty-one (21)** days from the date of this order to retain counsel and have counsel appear on its behalf.

2. Failure to comply with this Order may result in a recommendation of dismissal of the LLC's claims against the Defendant.

Case No. 3:20cv5911-RV-HTC

DONE AND ORDERED this 12th day of November, 2020.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**