## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JAVANI, LLC, a Florida Limited Liability
Company, and J.R. ELIAS, individually,
and PLAINTIFF 3, a minor child by and
through J.R. Elias as next friend,

        Plaintiff(s),

v.                             Case No. 3:20-cv-05911-RV-HTC

SHIVANI MITU BHATIA,

        Defendant.

_____/

### PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiffs Javani, LLC, J.R. Elias, and Plaintiff 3, by and through J.R. Elias, hereby
voluntarily dismiss this action without prejudice.

                  Respectfully Submitted,

                  J.R. Elias
                  P.O. Box 4761
                  Santa Rosa Beach, FL 32459
                  Telephone:  (850) 460.1700
                  Email: jelias@30Amediation.com
                  Plaintiff, individually and on behalf of Plaintiffs
                  Javani Ventures, LLC, and Plaintiff 3, a minor child

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 24, 2020, I mailed the foregoing to the Clerk of the United States District Court, Northern District Court (Pensacola Division), 1 North Palafox St., Pensacola, FL 32502, via the United States Postal Service, and emailed a copy of same to the following: Daniel E. Harrell, at dharrell@clarkpartington.com, Clark Partington, P.O. Box 13010, Pensacola, FL 32591-3010.

J.R. Elias
P.O. Box 4761
Santa Rosa Beach, FL 32459
Telephone: (850) 460.1700
Email: jelias@30Amediation.com
Plaintiff, pro se

2

30A MEDIA
174 WATERCOLOR WAY 103, SUITE 229
SANTA ROSA BEACH, FL 32459

Tulsa OK PRDC 741
TUE 24 NOV 2020

COURT CLERK
NORTHERN DISTRICT OF FLA.
100 N. PALAFOX ST.
PENSACOLA, FL 32502