US DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502

PENSACOLA FL 325
4 DEC 2020 PM 1 L

$0.500
US POSTAGE
FIRST-CLASS
FROM 32502
DEC 02 2020
stamps
endicia

3:20CV5911 RV-HTC
DOC 11

RECEIVED

JAVANTEG
C/O J R ELIAS    JASON ELIAS
PO BOX 4761
SANTA ROSA BEACH FL 32459-4761

RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD

325@2>5665
324459-476161